AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Tysan Enterprises Inc.
        Plaintiff (s),

V.

Himatsingka America Inc.
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 16-cv-08283-DLC

Notice is hereby given that, subject to approval by the court, __Defendant Himatsingka America Inc.__ substitutes
(Party (s) Name)

__Adam Finkel__, State Bar No. __AF1368__ as counsel of record in
(Name of New Attorney)

place of __Paul H. Aloe, Kudman Trachten Aloe, LLP__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Sabharwal & Finkel LLC
    Address: 250 Park Avenue, 7th Floor
    Telephone: (646) 409-2789      Facsimile (212) 289-2296
    E-Mail (Optional): adam@sabharwalandfinkel.com

I consent to the above substitution.

Date: April 26, 2017

(Signature of Party (s))
David Greenstein, CEO
Himatsingka America, Inc.

I consent to being substituted.

Date: April 18, 2017

(Signature of Former Attorney (s))
Paul H. Aloe, David Saponara
Kudman Trachten Aloe LLP

I consent to the above substitution.

Date: April 25, 2017

(Signature of New Attorney)
Adam Finkel
Sabharwal & Finkel, LLC

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]